# Exhibit "I"

Exhibit I
Page 5

## STATE LICENSED FACILITIES

| # | Address | Facility Name | Location Information | # of Beds | Contacts | Phone # | Last Visit | Zoning |
|---|---|---|---|---|---|---|---|---|
| 1 | 209 18th St. E. | The Joshua House, National Therapeutic Services | possible 2 properties (209 & 211), residential detox, resident capacity = 12, total capacity = 12 | 12 | Devon Wayt | 949 214-8240 or 949 650-4334 | 4/22/2014 | R2-MD |
| 2 | 235 18th St. E. | The Joshua House, National Therapeutic Services | 3 units, state license combines 235 & 241 18th St., RC=23, TO=24, TP=1.1, 0 non-ambulatory | 12 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2-MD |
| 3 | 241 18th St. E. | National Therapeutic Services, Inc. | 3 units, state license combines 235 & 241 18th St., RC=23, TO=24, TP=1.1, 0 non-ambulatory | 11 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2-MD |
| 4 | 973 Arbor St. | Sure Haven, LLC | ST=RES-DETOX, RC=6, TO=6, TP=1.1 | 6 | Steve Fennelly | 800 852-4465 | 1/11/2013 | R1 |
| 5 | 1601 Baker St. | Step House Recovery | coed, 30 day program | 6 | | | | R1 |
| 6 | 154 Bay St. E. | Yellowstone Women's First Step House, Inc. | ST=RES-DETOX, RC=6, TO=7, TP=1.1 | 6 | Larry Lopez | 888 941-9048 or 949 646-5296 | 9/23/2014 | R1-LDR |
| 7 | 1958 Balearic Dr. | South Coast Behavioral Healthcare | | 6 | Dr. Charles McPhale | 310 422-6744 | 9/25/2014 | R1-LDR |
| 8 | 546 Bernard St. | Safe Harbor's Capella, Inc. | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 714-323-8294 | | R2-HD |
| 9 | 548 Bernard St. | Safe Harbor's Capella House | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 714-323-8294 | | R2-HD |
| 10 | 550 Bernard St. | Safe Harbor's Capella | 2 Units, ST=RES, RC=6, TO=6, TP=1.3 | 12 | | 714-323-8294 | | R2-HD |
| 11 | 3132 Boston Way | Yellowston Women's First Step House, Inc | ST=RES, RC=15, TO=15, TP=1.1 | 15 | Jason Brewer (Administrator) | 949 678-0761 | 12/11/2012 | R1-LDR |
| 12 | 3145 Boston Way | Solid Landings Recovery | preparing house for tenants as of last inspection | 6 | Steve Fennelly | 203 668-7094 | 1/13/2014 | R1-LDR |
| 13 | 354 Broadway | National Therapeutic Services, Inc. | ST=RES, RC=6, TO=8, TP=1.1 | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 3/27/2014 | R1 |
| 14 | 218 Cabrillo St. | Sober Sanctuaries, Inc. | 2 units, ST=RES, RC=12, TO=12, TP=1.1 | 12 | Justin McMillen | 949 903-3556 | | R2-MD |
| 15 | 725 Center St. | Sure Haven | 2 units, ST=RES-DETOX, RC=12, TO=12, TP=1.1 | 12 | Stephen Fennelly | 203 668-7094 | | R3 |
| 16 | 1143 Charleston Ln. | Solid Landings, Inc. | 5 bedroom, 3 bath house, female only | 8 | Steve Fennelly | 203 668-7094 | 10/17/2013 | R1 |
| 17 | 1055 Cheyenne St. | Solid Landings, Inc. | 1 unit, 6 beds, women | 6 | Steve Fennelly | 203 668-7094 | 11/12/2013 | R1 |
| 18 | 2028 Fullerton Ave. | Yellowston Women's First Step House, Inc | 3 units, 6 each, male only, Unit A - ST=RES, RC=6, TO=7, TP=1.2, Unit C is RSF | 18 | Jason Brewer (Administrator) | 949 678-0761 | 3/20/2013 | R2-MD |
| 19 | 1811 Gisler St. | Sure Haven, LLC | ST=RES-DETOX, RC=6, TO=6, TP=1.3 | 6 | Steve Fennelly | 800 852-4465 | 1/22/2014 | R1 |
| 20 | 3044 Grant Ave | Solid Landings | | 6 | Rober Castro | 562 544-9407 | 8/14/2014 | R1 LDR |
| 21 | 382 Hamilton St. | Solid Landings | 2 units, ST=RES, RC=12, TO=15, TP=1.2, male & female drug/alcohol | 12 | Robert Castro | 562 544-9407 | 5/1/2014 | R2-MD |
| 22 | 536 Hamilton St. | Pat Moore Detox LLC | 3 units, ST=RES, RC=18, TO=18, TP=1.2 | 18 | Phil Allen (CEO) | 949 285-3991 | 1/22/2013 | R2-MD |
| 23 | 546 Hamilton St. | Orange County Detox, Inc. | Co-ed | 6 | Christina Serrano | 949-200-7924 | 1/22/2013 | R2-MD |
| 24 | 236 Knox St. | Safe Harbor treatment Center | ST=RES, RC=8, TO=8, TP=1.3 | 8 | | 949-645-1026 | | R2-MD |
| 25 | 240 Knox St. | Safe Harbor treatment Center | ST=RES, RC=8, TO=8, TP=1.1 | 8 | | 949-645-1026 | | R2-MD |
| 26 | 3072 Madison Ave. | Solid Landings | | 6 | | | | R1 |
| 27 | 3073 Madison Ave. | Solid Landings | ` | 6 | | ` | | R1 |
| 28 | 930 Magellan | Safe Harbor treatment Center | ST=RES, RC=6, TO=6, TP=1.3, exp. 10/31/13 | 6 | | 949-645-1026 | 3/11/2014 | R1 |
| 29 | 934 Magellan | Safe Harbor treatment Center | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 949-645-1026 | 3/11/2014 | R1 |
| 30 | 2417 Orange Ave. | National Therapeutic Services, Inc. | 6 units, ST=RES, RC=21, TO=22, TP=1.1 | 22 | Devon Wayt | 949-650-4334 | 6/5/2014 | R2-MD |
| 31 | 2571 Orange Ave. | National Therapeutic Services, Inc. | 2 units, ST=RES, RC=8, TO=10, TP=1.1 | 8 | Devon Wayt | 949-650-4334 | | R2-MD |
| 32 | 3125 Pierce Ave. | Solid Landings | | 6 | Robert Castro | 562 544-9407 | 8/14/2014 | R1-LDR |
| 33 | 2212 Placentia Ave. | Southern California Alcohol and Drug Programs, Inc. | 4 units, 4 state licenses, Unit A - ST=RES, RC=1, TO=3, TP=1.4, Units B,C & D - ST=RES, RC=3, TO=6, TP=1.4 women with children, parole and probation | 10 | Nancy Harless | 949 646-2271 | 2/26/2014 | R2-MD |
| 34 | 2218 Placentia Ave. | Southern California Alcohol and Drug Programs, Inc. | 2 licensed units- both ST=RES. RC=3, TO=6, TP=1.4, pregnant females, parole/probation | 6 | Nancy Harless | 949 646-2271 | 2/26/2014 | R2-MD |
| 35 | 693 Plumer St. | South Coast Counseling, Inc. | ST=RES, RC=16, TO=16, TP=1.1 | 16 | | 949-642-0180 | | R2-HD |

| # | Address | Provider | Details | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|
| 36 | 171 Rochester St. | National Therapeutic Services, Inc. | 2 units (A & B), state license combines 171 & 175 Rocheseter, ST=RES, RC=20, TO=21, TP=1.1 (5 beds each unit?) | 10 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/8/2014 | R2-HD |
| 37 | 175 Rochester St. | National Therapeutic Services, Inc. | 2 units (A & B), state license combines 171 & 175 Rocheseter, ST=RES, RC=20, TO=21, TP=1.1 (5 beds each unit?) | 10 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/8/2014 | R2-HD |
| 38 | 329 Rochester St. | National Therapeutic Services, Inc. | 2 units, ST=RES, RC=6, TO=8, TP=1.1 | 6 | | 949 650-4334 | | R2-MD |
| 39 | 2427 Santa Ana Ave. | South Coast Behavioral | **never came to be 9/25** | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 40 | 2429 Santa Ana Ave. | South Coast Behavioral | **never came to be 9/25** | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 41 | 1110 Victoria St. | Nancy Clark and Associates, Inc. | ST=RES, RC=38, TO=41, TP=1.1 | 38 | Nancy Clarke | 949-631-0550 | | R3 |
| 42 | 175 Virginia Pl. | National Therapeutic Services, Inc. | ST=RES, RC=6, TO=8, TP=1.1 | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 3/21/2013 | R2-MD |
| 43 | 2068 Wallace Ave. | Sure Haven, LLC | ST=RES-DETOX, RC=12, TO=12, TP=1.1 | 12 | Steve Fennelly | 203 668-7094 | | R2 |
| 44 | 271 Walnut | National Therapeutic Services, Inc. | 2 units, The Joshua House, ST-RES, RC-10, TO-11, TP-1.1 (Co-ed) | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 5/2/2014 | R1 |

**422**

## UN-LICENSED SOBER LIVING SERVICE PROVIDERS

| | Address | Facility Name | Location Information | # of Beds | Contacts | Phone # | Last Visit | Zoning |
|---|---|---|---|---|---|---|---|---|
| 1 | 269 16th Place | Casa Capri Recovery | | 6 | | | | R2 |
| 2 | 331 16th Place | Northbound Treatment Services | | 4 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2 |
| 3 | 337 16th Place | Reflections | 2 units, (335 - 3bed, 3 bath & 337 - 3=2 bed, 2 bath | 12 | John (contractor) | | 6/23/2014 | R2 |
| 4 | 777 18th St. W. | 777 House | 2 units, DRUG COURT HOUSE, clients on parole/probation | 12 | Tony Casino | 714 932-5116 | 3/6/2013 | R2 |
| 5 | 177 19th St. E. | | tenants refuse to provide info | 6 | Kim Schaeffer | 949 350-4822 | 7/30/2014 | R2 |
| 6 | 864 19th St. W. | Purpose Recovery | male, 3 units | 12 | Todd Taylor (CEO) | 714 496-1198 | 7/30/2014 | R1 |
| 7 | 160 23rd St. | Windward Way Recovery | | 8 | Jeremy Broderick | Cell: 949 903-1053 | 3/8/2013 | R2 |
| 8 | 165 23rd St. | Windward Way Recovery | | 8 | Jeremy Broderick | Cell: 949 903-1053 | 3/8/2013 | R2 |
| 9 | 140 Albert Place | Balboa Horizons | 3 units (front - mgr, A - 2 beds, B - 2 beds | 4 | | | 6/5/2014 | R2 |
| 10 | 2527 Alder Lane | New Family Solutions | located in HOA, never visited | 6 | | | | R3 |
| 11 | 1769 Anaheim St. | Morningside Recovery | | 6 | Paul Alexander | 949 279-0867 | | R2 |
| 12 | 1865 Anaheim St. | Anaheim House | | 9 | | 949-646-2274 | | R2 |
| 13 | 1929 Arnold Ave. | | P+ history of garage living | 6 | | | | R1 |
| 14 | 1995 Arnold Ave. | God Shot Sober Living | $800 per month, $200 deposit, male | 6 | Ryan B. | 949 933-8313 | 6/20/2014 | R1 |
| 15 | 1180 Augusta St. | "The Hampton House" | male | 6 | Ryan Hampton | | 7/28/2014 | R1-LDR |
| 16 | 160 Bay St. E | Yellowstone Recovery | | 6 | | | 10/10/2013 | R1 |
| 17 | 981 Begonia Ave. | Step House Recovery | has bus. License, females | 6 | | | | R1 |
| 18 | 1199 Boise | First House Detox | | 6 | | 714-641-5877 | 5/3/2013 | R1 |
| 19 | 270 Bowling Green | | | 6 | Jared Metcalf | 949 517-8969 | 12/3/2012 | R1 |
| 20 | 273 Bowling Green | | as of last inspection, property is being prepared for new occupancy | 6 | Steve Fennelly | 203 668-7094 | 11/22/2013 | R1 |
| 21 | 492 Broadway | Breakaway, "Brendan's House" | male sober living | 6 | | 714 957-8229 | 7/31/2014 | R1 |
| 22 | 200 Cabrillo St. | Pacific Shores | 4 units, 24 beds, unfriendly, will not provide officer any information | 24 | Mark Manderson | 949-294-9974 | 1/9/2013 | R2 |
| 23 | 327 Cabrillo St. | | 4 units, male | 24 | David Alexander | 949 214-9307 | 10/22/2013 | R3 |
| 24 | 1018 Cannonade Cr. | Home Step or Step Home Recovery | tenants moving out by the end of Oct. House will no longer be used as a RSF | 6 | Nick White (Property Mgr) | 714 500 5126 | 10/15/2013 | R1 |
| 25 | 2015 Charle St. | First Step House / Mcmillen House | male only, beds = 12 + 1 | 13 | David Davies (Board of Dir.) | 714 345-8532 | 12/7/2012 | R2 |
| 26 | 2025 Charle St. | First Step House | 10 day, no medical, separation from alcohol, male only | 21 | David Davies (Board of Dir.) | 714 345-8532 | 12/7/2012 | R3 |
| 27 | 174 Costa Mesa St. | Kim's House | Female Only | 6 | Kim Hammett | | 6/5/2014 | R2-MD |
| 28 | 924 Dahlia Ave. | Rock Solid Recovery | | 6 | Steve Fennelly | 203 668-7094 | 1/8/2014 | R1 |
| 29 | 871 Darrell St. | Rock Solid Recovery | | 6 | Steve Fennelly | 203 668-7094 | | R1 |
| 30 | 2111 Doctors Cr. Unit B-101 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 31 | 2111 Doctors Cr. Unit B-102 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 32 | 2111 Doctors Cr. Unit B-103 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 33 | 2111 Doctors Cr. Unit C-101 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 34 | 2111 Doctors Cr. Unit C-102 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |

| # | Address | Name | Description | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|
| 35 | 2111 Doctors Cr. Unit C-103 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 36 | 2260 Federal Ave. | It's Time 2 Care | 9 bedroom home, 6 beds, parole and probation | 6 | Benjamin Benanni | | | R1 |
| 37 | 3375 Fuchsia | ?????? | Mr. Aslam told me this is not a sober living home (12/14/12), I'm not so sure, keep on my radar | 0 | Mr. Aslam | 714 963-2999 or 714 767-7222 | 12/14/2012 | R1 |
| 38 | 671 Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 9/25/2013 | R1 |
| 39 | 675 Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 40 | 679 Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 41 | 687 Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 42 | 374 Hamilton St. | Newport Harbor Recovery | program director house | 0 | | | | R2-MD |
| 43 | 376 Hamilton St. | Newport Harbor Recovery | male | 3 | | 949-645-5775 | | R2-MD |
| 44 | 394 Hamilton St. | Solid Landings Recovery | 3 units, males | 10 | Robert Castro | 562 544-9407 | 6/19/2014 | R2-MD |
| 45 | 396 Hamilton St. | Newport Harbor Recovery | 3 units, female only | 14 | | 949 646-5775 | 12/7/2013 | R2-MD |
| 46 | 783 Hudson Ave. | Kenny's House | males (met Kyle who has lived there the longest) | 6 | Kenny | 714 469-9356 | 7/29/2014 | R1 |
| 47 | 647 Joann St. | OC Recovery Services | male | 6 | Mark Boultinghouse | 949 515-9191 | 6/25/2013 | R1 |
| 48 | 653 Joann St. | OC Recovery Services | male | 6 | Mark Boultinghouse | 949 515-9191 | 6/5/2013 | R1 |
| 49 | 800 Joann St. | Orange County Detox | | 6 | Benjamin Benanni | | | R2-MD |
| 50 | 3073 Johnson Ave. | Harmony Heals | female | 6 | Karen Rush | | | R1 |
| 51 | 1966 Maple Ave. | Safe Harbor | administrative offices, no beds | 0 | Anna | 949 295-6582 | 8/1/2014 | R2-HD |
| 52 | 291 Monte Vista Ave. | | Female only | 5 | Charles Frei (property owner) | 949 645-7579 | | R1 |
| 53 | 2822 Monterey Ave. | Solid Landings | female | 8 | Robert Castro | 562 544-9407 | 8/11/2014 | R1 |
| 54 | 2879 Monterey Ave. | Agape House Recovery | | 6 | | 949 350-4822 AgapeHouseOC@gmail.com | 11/12/2013 | R1 |
| 55 | 13741 Olympic Ave. | Rock Solid Recovery | male only, parole/prob, no time limit | 14 | | | 10/14/2013 | R1 |
| 56 | 1775 Orange Ave. | Morningside Revovery | 6 units, 1- no bed, 2 - 3 beds, 3 - 2 beds, 4 - 3 beds, 5 - 1 bed, 6 - 3 beds, male and female, 10 pm curfew, 11pm lights out | 12 | Mary-Helen Beatifacatl (CEO) | Cell: 949 214-8618 | 3/12/2013 | R2-HD |
| 57 | 1777 Orange Ave. | Morningside Revovery | Administrative / community kitchen, no beds | 0 | Mary-Helen Beatifacatl (CEO) | Cell: 949 214-8618 | 3/12/2013 | R2-HD |
| 58 | 1965 Orange Ave. | SureHaven? | female | 6 | | | 8/1/2014 | R1 |
| 59 | 2412 Orange Ave. | S.U.R., Service, Unity & Recovery | discovered through complaint, male | 6 | Wendy | 949 294-3724 | 8/7/2014 | R1-LDR |
| 60 | 252 Palmer St. | Jana's House | female, **no longer SL since 12/2013?** | 6 | Jana Triplett | 949 680-5882 | 12/3/2013 | R2-MD |
| 61 | 2264 Pamela Lane | Alcoholics Bookstore | | 10 | | | 8/11/2014 | R2 |
| 62 | 582 Pierpont Dr. | Providence Recovery | | 6 | Curt Snyder | 714 486-1528 | 10/17/2013 | R1 |
| 63 | 2190 Placentia Ave, Unit B | Solid Landings | | 4 | Robert Castro | 562 544-9407 | 8/28/2014 | R2-MD |
| 64 | 613 Plumer St. | Tree House Recovery | 2 units, possible 12 beds | 12 | Justin McMillen | 949 903-3556 | 12/30/2014 | R2HD |
| 65 | 697 Plumer St. | Solid Landings, Rock Solid Recovery | male, CUP for 15 + 6 staff, probably will become state licensed | 15 | Steve Fennelly | 203 668-7094 | 12/18/2014 | R2HD |
| 66 | 1827 Pomona Ave. | Clean Path Recovery | 3 units A - 6 beds, B - 2+1 beds, C - 5 beds | 13 | Lee Heiligman | 949 278-1915, 1cleanpath@gmail.com | 4/30/2013 | R2-HD |
| 67 | 1998 Pomona Ave. | The Pomona House | Male Only, drug/alcohol | 14 | Fred Solter | 949 548-5775 | | R2-HD |
| 68 | 2265 Pomona Ave. | Clean Path Recovery | 4 units, 20 beds, PRCS and MS clients | 20 | Lee Heiligman | 949 278-1915, 1 cleanpath@gmail.com | | R2-MD |
| 69 | 2152 Raleigh Ave. | Keystone Sober Living | male | 9 | | 949 646-8222 | | R1 |
| 70 | 302 Ramona Pl. | Ramona House | male only | 6 | | | | R2-MD |
| 71 | 2131 Republic | Sam's House | owner informed me that house is no longer a RSF. He just rents to sober people | 4 | Sam Cam | 714 791-1607 or 714 881-6350 | 6/7/2013 | R1 |
| 72 | 660 Ross | | propery changed ownership in April 2012, new owner told me this is not a SLH | 0 | | 714 681-6350 | 1/25/2013 | R1-LDR |

| # | Address | Name | Description | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|
| 73 | 1574 Santa Ana Ave. | Ramona House | male only | 6 | | | | R2-MD |
| 74 | 675 Senate St. | Serenity Shores Recovery Center | women only | 7 | Carrie | 714 313 8246 | 9/4/2013 | R1-LDR |
| 75 | 862 Senate St. | The Ohio House | male | 6 | Jason Salomon (House Mgr.) | 908 456-3246 | 6/30/2014 | R1 |
| 76 | 506 Sturgeon Dr. | Sober Living House | males, transitional living, parole/probation | 10 | | 949 966-5232 | | R1-LDR |
| 77 | 2861 Tabago | | spoke with property owner, not a SLH, I will re-check | 0 | | | 1/28/2013 | R1 |
| 78 | 175 Tulip | Compass Rose | men only | 6 | Will | | 8/2/2013 | R2-MD |
| 79 | 192 Tulip | Balboa Horizons | 4 units, 16 beds, men | 16 | Devon | | 6/5/2014 | R2-MD |
| 80 | 198 Tulip | Balboa Horizons | 4 units, 9 beds, Unit A is admin., males | 9 | Devon | | 6/5/2014 | R2-MD |
| 81 | 2175 Tustin Ave. | Ohio House | 2 units, 6 beds each, male | 12 | Brandon Stump | 949 554-8364 | 1/15/2014 | R2-MD |
| 82 | 2421 Tustin Ave. | Compass Rose | 6 bedroom house, as of 8/29/13 there are 12 girls living here | 12 | Nikki | 720 560-4988 | 9/25/2013 | R1 |
| 83 | 3116 Van Buren Ave. | Patricias House | 11 women | 11 | | 714-549-5739 | | R1 |
| 84 | 3133 Van Buren Ave. | Freedom House - Christian SL | | 6 | Dan Simmons | 949 355-8581 | 3/7/2013 | R1 |
| 85 | 357 Victoria St. | Windward Way | 6 units, 3 beds each, 18 beds | 18 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | 11/9/2012 | R2 |
| 86 | 395 Victoria St. | Windward Way | 3 bedroom house | 6 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | | R2-MD |
| 87 | 132 Virginia | Sober Living house | | 6 | | | | R2 |
| 88 | 1356 Watson | Drug/Alcohol Recovery | | 6 | | | | R1 |
| 89 | 1617 White Oak | Sober Living | | 6 | | | | R1 |
| 90 | 125 Wilson St. E. | National Therapeutic Services | 3 units, 2 per unit | 9 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/31/2014 | R2 |
| 91 | 131 Wilson St. E. | National Therapeutic Services | 3 units, 2 per unit | 9 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/31/2014 | R2 |
| 92 | 165 Wilson St. E | Windward Way | 2 units, 6 beds each, male | 12 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | 5/28/2014 | R2-MD |
| 93 | 275 Wilson St. E | South Coast Behavioral | | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 94 | 691 Wilson St. W | Clean Path Recovery | PRCS and MS clients | 7 | Lee Heiligman | 949 278-1915  1  cleanpath@gmail.com | | R1 |

738

## NON-RESIDENTIAL FACILITIES

| # | Address | Facility Name | Location Information | # of Beds | Contacts | Phone # | Last Visit | Zoning |
|---|---|---|---|---|---|---|---|---|
| 1 | 126 16th St. E | Zen Recovery | | 0 | | (800) 759-1930 | 6/25/2014 | MG |
| 2 | 188 17th St. E Unit 201-B | Windward Way | | 0 | Jeremy Broderick | 949 903-1053 | | C2 |
| 3 | 230 17th St. E Unit 201 | Hotel California by the Sea | administrative offices | 0 | | 866 370-1485 | 7/14/2014 | C1 |
| 4 | 234 17th St. E Unit 206 | The Ohio House | administrative offices | 0 | Brandon Stump (Founder) | 949 554-8364 bstump@ohio-house.com | | C1 |
| 5 | 445 17th St. E. | Living Success Center | counseling services including alcohol and substance abuse | 0 | | 949 645-4723 | 7/14/2014 | C1 |
| 6 | 485 17th St. E Unit 200 | Newport Academ | business license for psycholigist office therapy | 0 | Monroe Jamison | 949 887-0242 | | C1 |
| 7 | 1040 17th St. W | Northbound Treatment Services | | 0 | Devon Wayt | 949 214-8240 or 949 650-4334 | 11/19/2012 | MG |
| 8 | 2950 Airway Ave. Unit B3 | Coast Line Counseling Center, Inc. | | 0 | Mary Ceja | | | MP |
| 9 | 3151 Airway Ave. Unit D1 | Breakaway Program | | 0 | | 714 847-7585 | 7/8/2013 | IP-CL |
| 10 | 3151 Airway Ave, Unit T2 | South Coast Behavioral Health | | 0 | Dr. Charles McPhale | 310 422-6744 | | IP-CL |
| 11 | 1011 Brioso Dr. Unit 103 | Orange County Recovery Services, LLC | | 0 | | (949)515-9191 | | MG |
| 12 | 2900 Bristol St. Unit B-202 | Sure Haven / Rock Solid Recovery | | 0 | Steve Fennelly | 203 668-7094 | 6/4/2013 | C1 |
| 13 | 2900 Bristol St. Unit E-103 | South Coast Counseling | | 0 | David Welch Ph.D. | 714-540-9070 | 12/14/2012 | C2 |
| 14 | 2900 Bristol St. Unit E-203 | South Coast Counseling | | 0 | David Welch Ph.D. | 714-540-9070 | 12/14/2012 | C2 |
| 15 | 3150 Bristol St. Unit 400 | Amen Clinic | | 0 | | 888 208-0037 | | GC |
| 16 | 1545 Newport Blvd. | Morningside Recovery | | 0 | | (949) 675-0006 | | |
| 17 | 1901 Newport Blvd. Unit 149 | Sober Living By The Sea, Inc. | | 0 | | (949) 673-6696 | | |
| 18 | 1901 Newport Blvd. Unit 200 | Simple Recovery | administrative offices | 0 | | 855 244-1933 | 8/6/2014 | PDC |
| 19 | 1901 Newport Blvd. Unit 280 | Serenity Shores | administrative offices | 0 | | 855 474-6737 | 8/1/2014 | PDC |
| 20 | 1901 Newport Blvd. Unit 290 | Serenity Shores | administrative offices | 0 | | 855 474-6737 | 8/1/2014 | PDC |
| 21 | 2318 Newport Blvd. | Windward Way Recovery | | 0 | Jeremy Broderick | 949 903-1053 | 4/4/2014 | C1 |
| 22 | 2384 Newport Blvd. | Balboa Horizons Main office | | 0 | Danyell Bellinger | 949-515-4140 | 1/22/2013 | C1 |
| 23 | 2569 Newport Blvd. | Pat Moore Foundation | combined license with 2568 Newport Blvd., 22 units, ST=RES-DETOX, RC=76, TO=76, TP=1.1 | 38 | Phil Allen (CEO) | 949 285-3991 | 1/23/2013 | C1 |
| 24 | 2568 Newport Blvd. | Pat Moore Foundation | combined license with 2560 Newport Blvd., ? units, ST=RES-DETOX, RC=76, TO=76, TP=1.1 | 38 | Phil Allen (CEO) | 949 285-3991 | 1/23/2013 | C1 |
| 25 | 185 Paularino St. E. Unit C-201 | Reflections Recovery, LLC | | 0 | | | | |
| 26 | 2040 Placentia Ave. | The Alano Club | AA meetings, no beds | 0 | | | | MG |
| 27 | 3115 Red Hill Ave. | Orange County Health Care Agency | | 0 | | (714)834-2860 | | |

| 28 | 1670 Santa Ana Ave. Unit C | Action Consultants/Therapy | | 0 | Heidi Moore | 949-645-7484 | 1/25/2013 | C1 |

**76**

## SUMMARY

|  | # of Properties | # of Beds |
|---|---|---|
| **State Licensed Facilities =** | 44 | 422 |
| **Un-licensed Sober Living Service Providers =** | 94 | 738 |
| **Non-Residential Facilities =** | 28 | 76 |
| Total = | 166 | 1236 |

### Properties Added to List This Month

|  | Description | Date Added | Last Visit |
|---|---|---|---|
| 1 | 3044 Grant Ave, **R1 LDR**, "Solid Landings", licensed sober living, DHCS inspection - 6 beds | 9/3/2014 | 8/14/2014 |
| 2 | 2190 Placentia Unit B, R2-MD, "Solid Landings", 4 beds | 9/17/2014 | 8/28/2014 |
| 3 | 3151 Airway Ave, Unit T2, IP-CL, South Coast Behavioral Health, admin. no beds | 9/25/2014 | |
| 4 | 1958 Balearic Dr, R1-LDR, South Coast Behavioral Healthcare, 6 male beds, discovered by DHCS Fire Clearance request | 9/25/2014 | 9/25/2014 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |

### Properties That Have Been Re-Classiffied

|  | Description | Date Re-Classiffied | Last Visit |
|---|---|---|---|
| 1 | 3145 Boston Way:  From Sober Living to State Licensed | 9/29/2014 | 1/13/2014 |
| 2 | | | |

### Properties Removed From List This Month

|  | Description | Date Removed | Last Visit |
|---|---|---|---|
| 1 | 200 E. 17th St. Unit 206, "The Ohio House" admin offices, bad address, already listed under 234 E. 17th St. | 9/10/2014 | |
| 2 | | | |

### Possible Future Facilities

|  | Address | Description | Date Discovered | Last Visit |
|---|---|---|---|---|
| 1 | 137 Masters Cl. | used to be a sober living home operated by Compass Rose.  As of last visit, the property appears vacant and | 10/14/2013 | 1/8/2014 |
| 2 | | | | |

## PROPERTIES WITH MORE THAN 6

| | Address | Company | Beds | Notes | Zone |
|---|---|---|---|---|---|
| 1 | 3132 Boston Way | Yellowstone Recovery | 15 | currently enforcing no more than 6 | R1 |
| 2 | 1143 Charleston St. | Solid Landings | 8 | | R1 |
| 3 | 2421 Tustin Ave. | Compass Rose | 12 | attempted enforcement of 7 or more, were challenged, did not pursue, closed case | R1 |
| 4 | 613 Plumer | Tree House Recovery | 14 | unable to confirm, seeking legal advice | R2 |
| 5 | 13741 Olympic Ave. | Solid Landings | 14 | unable to confirm, seeking legal advice | R1 |
| 6 | 2152 Raleigh Ave. | Keystone Sober Living | 9 | | R1 |
| 7 | 675 Senate St. | Serenity Shores Recovery | 7 | | R1 |
| 8 | 506 Sturgeon Dr. | | 10 | | R1 |
| 9 | 691 Wilson St. | Clean Path Recovery | 7 | | R1 |

# Sober Living in R1 Zones - as of 9/15/14

Legend:
**State Licensed Facilities**
**Un-licensed Sober Living Service Providers**
**Non-Residential Facilities**

|    | Address | Zone | Facility Name | Beds |
|----|---------|------|---------------|------|
| 1  | 864 19th St. W. | R1 | Purpose Recovery | 12 |
| 2  | 1929 Arnold Ave. | R1 |  | 6 |
| 3  | 1995 Arnold Ave. | R1 | God Shot Sober Living | 6 |
| 4  | 1180 Augusta St. | R1 | Hampton House | 6 |
| 5  | 160 Bay St. E. | R1 | Yellowstone | 6 |
| 6  | 981 Begonia Ave. | R1 | Step House Recovery | 6 |
| 7  | 1199 Boise Way | R1 | First House Detox | 6 |
| 8  | 3145 Boston Way | R1 | Solid Landings | 6 |
| 9  | 270 Bowling Green | R1 |  | 6 |
| 10 | 273 Bowling Green | R1 |  | 6 |
| 11 | 492 Broadway | R1 | Breakaway | 6 |
| 12 | 1018 Cannonade Cr. | R1 | Home Step or Step Home Recovery | 6 |
| 13 | 924 Dahlia Ave. | R1 | Solid Landings | 6 |
| 14 | 871 Darrell St. | R1 | Solid Landings | 6 |
| 15 | 2260 Federal Ave. | R1 | It's Time 2 Care | 6 |
| 16 | 3375 Fuchsia | R1 |  | 0 |
| 17 | 671 Governor St. | R1 | Safe Harbor | 6 |
| 18 | 675 Governor St. | R1 | Safe Harbor | 6 |
| 19 | 679 Governor St. | R1 | Safe Harbor | 6 |
| 20 | 687 Governor St. | R1 | Safe Harbor | 6 |
| 21 | 783 Hudson Ave. | R1 | Kenny's House | 6 |
| 22 | 647 Joann St. | R1 | OC Recovery Services | 6 |
| 23 | 653 Joann St. | R1 | OC Recovery Services | 6 |
| 24 | 3073 Johnson Ave. | R1 | Harmony Heals | 6 |
| 25 | 291 Monte Vista Ave. | R1 |  | 5 |
| 26 | 2822 Monterey Ave. | R1 | Solid Landings | 8 |
| 27 | 2879 Monterey Ave. | R1 | Agape House Recovery | 6 |
| 28 | 13741 Olympic Ave. | R1 | Solid Landings | 14 |
| 29 | 1965 Orange Ave. | R1 | Solid Landings | 6 |
| 30 | 2412 Orange Ave. | R1 | S.U.R., Service, Unity & Recovery | 6 |
| 31 | 185 Paularino Ave. E. Unit C-201 | R1 | Providence Recovery | 0 |
| 32 | 582 Pierpont Dr. | R1 | Providence Recovery | 6 |
| 33 | 2152 Raleigh Ave. | R1 | Keystone Sober Living | 9 |
| 34 | 2131 Republic | R1 | Sam's House | 4 |
| 35 | 675 Senate St. | R1 | Serenity Shores | 7 |
| 36 | 862 Senate St. | R1 | The Ohio House | 6 |
| 37 | 506 Sturgeon Dr. | R1 |  | 10 |
| 38 | 2861 Tabago | R1 |  | 0 |
| 39 | 2421 Tustin Ave. | R1 | Compass Rose | 12 |
| 40 | 3116 Van Buren Ave. | R1 | Patricias House | 11 |
| 41 | 3133 Van Buren Ave. | R1 | Freedom House - Christian SL | 6 |
| 42 | 1356 Watson | R1 | Drug/Alcohol Recovery | 6 |
| 43 | 1617 White Oak | R1 | Sober Living | 6 |
| 44 | 275 Wilson St. E. | R1 | South Coast Behavioral | 9 |

Exhibit I
Page 15

|    | Address | Zone | Facility Name | Beds |
|----|---|---|---|---|
| 45 | 691 Wilson St. W. | R1 | Clean Path Recovery | 7 |
| 46 | 1180 Augusta St. | R1-LDR | "The Hampton House" | 6 |

**Total Beds = 294**

|    | Address | Zone | Facility Name | Beds |
|----|---|---|---|---|
| 1 | 973 Arbor St. | R1 | Solid Landings | 6 |
| 2 | 1601 Baker St. W. | R1 | Step House Recovery | 6 |
| 3 | 154 Bay St. E. | R1 | Yellowstone | 6 |
| 4 | 3132 Boston Way | R1 | Yellowstone | 15 |
| 5 | 354 Broadway | R1 | National Therapeutic Services | 6 |
| 6 | 1143 Charleston St. | R1 | Solid Landings | 8 |
| 7 | 1055 Cheyenne St. | R1 | Solid Landings | 6 |
| 8 | 1811 Gisler St. | R1 | Solid Landings | 6 |
| 9 | 3072 Madison Ave. | R1 | Solid Landings | 6 |
| 10 | 3073 Madison Ave. | R1 | Solid Landings | 6 |
| 11 | 930 Magellan | R1 | Safe Harbor | 6 |
| 12 | 934 Magellan | R1 | Safe Harbor | 6 |
| 13 | 2427 Santa Ana Ave. | R1 | South Coast Behavioral | 6 |
| 14 | 2429 Santa Ana Ave. | R1 | South Coast Behavioral | 6 |
| 15 | 271 Walnut | R1 | National Therapeutic Services | 6 |

**Total Beds = 101**

**Total # of Beds in R1 = 395**

Exhibit I
Page 16

| # | Address | Facility Name | Location Information | # of Beds | Contacts | Phone # | Last Visit | Zoning |
|---|---|---|---|---|---|---|---|---|
| 1 | 269 16th Place | Casa Capri Recovery | | 6 | | | | R2 |
| 2 | 331 16th Place | Northbound Treatment Services | | 4 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2 |
| 3 | 337 16th Place | Reflections | 2 units, (335 - 3bed, 3 bath & 337 - 3=2 bed, 2 bath | 12 | John (contractor) | | 6/23/2014 | R2 |
| 4 | 126 16th St. E | Zen Recovery | | 0 | | (800) 759-1930 | 6/25/2014 | MG |
| 5 | 230 17th St. E Unit 201 | Hotel California by the Sea | administrative offices | 0 | | 866 370-1485 | 7/14/2014 | C1 |
| 6 | 188 17th St. E Unit 201-B | Windward Way | | 0 | Jeremy Broderick | 949 903-1053 | | C2 |
| 7 | 234 17th St. E Unit 206 | The Ohio House | administrative offices | 0 | Brandon Stump (Founder) | 949 554-8364 bstump@ohio-house.com | | C1 |
| 8 | 485 17th St. E Unit 200 | Newport Academ | business license for psycholigist office therapy | 0 | Monroe Jamison | 949 887-0242 | | C1 |
| 9 | 445 17th St. E. | Living Success Center | counseling services including alcohol and substance abuse | 0 | | 949 645-4723 | 7/14/2014 | C1 |
| 10 | 1040 17th St. W | Northbound Treatment Services | | 0 | Devon Wayt | 949 214-8240 or 949 650-4334 | 11/19/2012 | MG |
| 11 | 209 18th St. E. | The Joshua House, National Therapeutic Services | possible 2 properties (209 & 211), residential detox, resident capacity = 12, total capacity = 12 | 12 | Devon Wayt | 949 214-8240 or 949 650-4334 | 4/22/2014 | R2-MD |
| 12 | 235 18th St. E. | The Joshua House, National Therapeutic Services | 3 units, state license combines 235 & 241 18th St., RC=23, TO=24, TP=1.1, 0 non-ambulatory | 12 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2-MD |
| 13 | 241 18th St. E. | National Therapeutic Services, Inc. | 3 units, state license combines 235 & 241 18th St., RC=23, TO=24, TP=1.1, 0 non-ambulatory | 11 | Devon Wayt | 949 214-8240 or 949 650-4334 | | R2-MD |
| 14 | 777 18th St. W. | 777 House | 2 units, DRUG COURT HOUSE, clients on parole/probation | 12 | Tony Casino | 714 932-5116 | 3/6/2013 | R2 |
| 15 | 177 19th St. E. | | tenants refuse to provide info | 6 | Kim Schaeffer | 949 350-4822 | 7/30/2014 | R2 |
| 16 | 864 19th St. W. | Purpose Recovery | male, 3 units | 12 | Todd Taylor (CEO) | 714 496-1198 | 7/30/2014 | R1 |
| 17 | 160 23rd St. | Windward Way Recovery | | 8 | Jeremy Broderick | Cell: 949 903-1053 | 3/8/2013 | R2 |
| 18 | 165 23rd St. | Windward Way Recovery | | 8 | Jeremy Broderick | Cell: 949 903-1053 | 3/8/2013 | R2 |
| 19 | 2950 Airway Ave. Unit B3 | Coast Line Counseling Center, Inc. | | 0 | Mary Ceja | | | MP |
| 20 | 3151 Airway Ave. Unit D1 | Breakaway Program | | 0 | | 714 847-7585 | 7/8/2013 | CL |
| 21 | 140 Albert Place | Balboa Horizons | 3 units (front - mgr, A - 2 beds, B - 2 beds | 4 | | | 6/5/2014 | R2 |
| 22 | 2527 Alder Lane | New Family Solutions | located in HOA, never visited | 6 | | | | R3 |
| 23 | 1769 Anaheim St. | Morningside Recovery | | 6 | Paul Alexander | 949 279-0867 | | R2 |
| 24 | 1865 Anaheim St. | Anaheim House | | 9 | | 949-646-2274 | | R2 |
| 25 | 973 Arbor St. | Sure Haven, LLC | ST=RES-DETOX, RC=6, TO=6, TP=1.1 | 6 | Steve Fennelly | 800 852-4465 | 1/11/2013 | R1 |
| 26 | 1929 Arnold Ave. | | P+ history of garage living | 6 | | | | R1 |
| 27 | 1995 Arnold Ave. | God Shot Sober Living | $800 per month, $200 deposit, male | 6 | Ryan B. | 949 933-8313 | 6/20/2014 | R1 |
| 28 | 1180 Augusta St. | "The Hampton House" | male | 6 | Ryan Hampton | | 7/28/2014 | R1-LDR |
| 29 | 1601 Baker St. | Step House Recovery | coed, 30 day program | 6 | | | | R1 |
| 30 | 160 Bay St. E | Yellowstone Recovery | | 6 | | | 10/10/2013 | R1 |
| 31 | 154 Bay St. E. | Yellowstone Women's First Step House, Inc. | ST=RES-DETOX, RC=6, TO=7, TP=1.1 | 6 | Larry Lopez | 888 941-9048 or 949 646-5296 | | R1 |
| 32 | 981 Begonia Ave. | Step House Recovery | has bus. License, females | 6 | | | | R1 |
| 33 | 546 Bernard St. | Safe Harbor's Capella, Inc. | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 714-323-8294 | | R2-HD |
| 34 | 548 Bernard St. | Safe Harbor's Capella House | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 714-323-8294 | | R2-HD |
| 35 | 550 Bernard St. | Safe Harbor's Capella | 2 Units, ST=RES, RC=6, TO=6, TP=1.3 | 12 | | 714-323-8294 | | R2-HD |
| 36 | 1199 Boise | First House Detox | | 6 | | 714-641-5877 | 5/3/2013 | R1 |
| 37 | 3132 Boston Way | Yellowston Women's First Step House, Inc | ST=RES, RC=15, TO=15, TP=1.1 | 15 | Jason Brewer (Administrator) | 949 678-0761 | 12/11/2012 | R1 |
| 38 | 3145 Boston Way | Solid Landings Recovery | preparing house for tenants as of last inspection | 6 | Steve Fennelly | 203 668-7094 | 1/13/2014 | R1 |

| # | Address | | Name | Notes | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 270 | Bowling Green | | | 6 | Jared Metcalf | 949 517-8969 | 12/3/2012 | R1 |
| 40 | 273 | Bowling Green | | as of last inspection, property is being prepared for new occupancy | 6 | Steve Fennelly | 203 668-7094 | 11/22/2013 | R1 |
| 41 | 1011 | Brioso Dr. Unit 103 | Orange County Recovery Services, LLC | | 0 | | (949)515-9191 | | MG |
| 42 | 3150 | Bristol St. Unit 400 | Amen Clinic | | 0 | | 888 208-0037 | | GC |
| 43 | 2900 | Bristol St. Unit B-202 | Sure Haven / Rock Solid Recovery | | 0 | Steve Fennelly | 203 668-7094 | 6/4/2013 | C1 |
| 44 | 2900 | Bristol St. Unit E-103 | South Coast Counseling | | 0 | David Welch Ph.D. | 714-540-9070 | 12/14/2012 | C2 |
| 45 | 2900 | Bristol St. Unit E-203 | South Coast Counseling | | 0 | David Welch Ph.D. | 714-540-9070 | 12/14/2012 | C2 |
| 46 | 354 | Broadway | National Therapeutic Services, Inc. | ST=RES, RC=6, TO=8, TP=1.1 | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 3/27/2014 | R1 |
| 47 | 492 | Broadway | Breakaway, "Brendan's House" | male sober living | 6 | | 714 957-8229 | 7/31/2014 | R1 |
| 48 | 200 | Cabrillo St. | Pacific Shores | 4 units, 24 beds, unfriendly, will not provide officer any information | 24 | Mark Manderson | 949-294-9974 | 1/9/2013 | R2 |
| 49 | 218 | Cabrillo St. | Sober Sanctuaries, Inc. | 2 units, ST=RES, RC=12, TO=12, TP=1.1 | 12 | Justin McMillen | 949 903-3556 | | R2-MD |
| 50 | 327 | Cabrillo St. | | 4 units, male | 24 | David Alexander | 949 214-9307 | 10/22/2013 | R3 |
| 51 | 1018 | Cannonade Cr. | Home Step or Step Home Recovery | tenants moving out by the end of Oct. House will no longer be used as a RSF | 6 | Nick White (Property Mgr) | 714 500 5126 | 10/15/2013 | R1 |
| 52 | 725 | Center St. | Sure Haven | 2 units, ST=RES-DETOX, RC=12, TO=12, TP=1.1 | 12 | Stephen Fennelly | 203 668-7094 | | R3 |
| 53 | 2015 | Charle St. | First Step House / Mcmillen House | male only, beds = 12 + 1 | 13 | David Davies (Board of Dir.) | 714 345-8532 | 12/7/2012 | R2 |
| 54 | 2025 | Charle St. | First Step House | 10 day, no medical, separation from alcohol, male only | 21 | David Davies (Board of Dir.) | 714 345-8532 | 12/7/2012 | R3 |
| 55 | 1143 | Charleston Ln. | Solid Landings, Inc. | 5 bedroom, 3 bath house, female only | 8 | Steve Fennelly | 203 668-7094 | 10/17/2013 | R1 |
| 56 | 1055 | Cheyenne St. | Solid Landings, Inc. | 1 unit, 6 beds, women | 6 | Steve Fennelly | 203 668-7094 | 11/12/2013 | R1 |
| 57 | 174 | Costa Mesa St. | Kim's House | Female Only | 6 | Kim Hammett | | 6/5/2014 | R2-MD |
| 58 | 924 | Dahlia Ave. | Rock Solid Recovery | | 6 | Steve Fennelly | 203 668-7094 | 1/8/2014 | R1 |
| 59 | 871 | Darrell St. | Rock Solid Recovery | | 6 | Steve Fennelly | 203 668-7094 | | R1 |
| 60 | 2111 | Doctors Cr. Unit B-101 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 61 | 2111 | Doctors Cr. Unit B-102 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 62 | 2111 | Doctors Cr. Unit B-103 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 63 | 2111 | Doctors Cr. Unit C-101 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 64 | 2111 | Doctors Cr. Unit C-102 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 65 | 2111 | Doctors Cr. Unit C-103 | Nancy Clark Sober Living | 6 beds, men, drug/alcohol | 6 | Nancy Clarke | 949-631-0550 | | R3 |
| 66 | 2260 | Federal Ave. | It's Time 2 Care | 9 bedroom home, 6 beds, parole and probation | 6 | Benjamin Benanni | | | R1 |
| 67 | 3375 | Fuchsia | ?????? | Mr. Aslam told me this is not a sober living home (12/14/12), I'm not so sure, keep on my radar | 0 | Mr. Aslam | 714 963-2999 or 714 767-7222 | 12/14/2012 | R1 |
| 68 | 2028 | Fullerton Ave. | Yellowston Women's First Step House, Inc | 3 units, 6 each, male only, Unit A - ST=RES, RC=6, TO=7, TP=1.2, Unit C is RSF | 18 | Jason Brewer (Administrator) | 949 678-0761 | 3/20/2013 | R2-MD |
| 69 | 1811 | Gisler St. | Sure Haven, LLC | ST=RES-DETOX, RC=6, TO=6, TP=1.3 | 6 | Steve Fennelly | 800 852-4465 | 1/22/2014 | R1 |
| 70 | 671 | Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 9/25/2013 | R1 |
| 71 | 675 | Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 72 | 679 | Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 73 | 687 | Governor St. | Safe Harbor Recovery | Female Only | 6 | Anna Becker | 630 234-0086 | 1/30/2013 | R1 |
| 74 | 3044 | Grant Ave | Solid Landings | | 6 | Rober Castro | 562 544-9407 | 8/14/2014 | R1 LDR |

| # | Address | | Name | Description | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 374 | Hamilton St. | Newport Harbor Recovery | program director house | 0 | | | | R2-MD |
| 76 | 376 | Hamilton St. | Newport Harbor Recovery | male | 3 | | 949-645-5775 | | R2-MD |
| 77 | 382 | Hamilton St. | Solid Landings | 2 units, ST=RES, RC=12, TO=15, TP=1.2, male & female drug/alcohol | 12 | Robert Castro | 562 544-9407 | 5/1/2014 | R2-MD |
| 78 | 394 | Hamilton St. | Solid Landings Recovery | 3 units, males | 10 | Robert Castro | 562 544-9407 | 6/19/2014 | R2-MD |
| 79 | 396 | Hamilton St. | Newport Harbor Recovery | 3 units, female only | 14 | | 949 646-5775 | 12/7/2013 | R2-MD |
| 80 | 536 | Hamilton St. | Pat Moore Detox LLC | 3 units, ST=RES, RC=18, TO=18, TP=1.2 | 18 | Phil Allen (CEO) | 949 285-3991 | 1/22/2013 | R2-MD |
| 81 | 546 | Hamilton St. | Orange County Detox, Inc. | Co-ed | 6 | Christina Serrano | 949-200-7924 | 1/22/2013 | R2-MD |
| 82 | 783 | Hudson Ave. | Kenny's House | males  (met Kyle who has lived there the longest) | 6 | Kenny | 714 469-9356 | 7/29/2014 | R1 |
| 83 | 647 | Joann St. | OC Recovery Services | male | 6 | Mark Boultinghouse | 949 515-9191 | 6/25/2013 | R1 |
| 84 | 653 | Joann St. | OC Recovery Services | male | 6 | Mark Boultinghouse | 949 515-9191 | 6/5/2013 | R1 |
| 85 | 800 | Joann St. | Orange County Detox | | 6 | Benjamin Benanni | | | R2-MD |
| 86 | 3073 | Johnson Ave. | Harmony Heals | female | 6 | Karen Rush | | | R1 |
| 87 | 236 | Knox St. | Safe Harbor treatment Center | ST=RES, RC=8, TO=8, TP=1.3 | 8 | | 949-645-1026 | | R2-MD |
| 88 | 240 | Knox St. | Safe Harbor treatment Center | ST=RES, RC=8, TO=8, TP=1.1 | 8 | | 949-645-1026 | | R2-MD |
| 89 | 3072 | Madison Ave. | Solid Landings | | 6 | | | | R1 |
| 90 | 3073 | Madison Ave. | Solid Landings | ` | 6 | | ` | | R1 |
| 91 | 930 | Magellan | Safe Harbor treatment Center | ST=RES, RC=6, TO=6, TP=1.3, exp. 10/31/13 | 6 | | 949-645-1026 | 3/11/2014 | R1 |
| 92 | 934 | Magellan | Safe Harbor treatment Center | ST=RES, RC=6, TO=6, TP=1.3 | 6 | | 949-645-1026 | 3/11/2014 | R1 |
| 93 | 1966 | Maple Ave. | Safe Harbor | administrative offices, no beds | 0 | Anna | 949 295-6582 | 8/1/2014 | R2-HD |
| 94 | 291 | Monte Vista Ave. | | Female only | 5 | Charles Frei (property owner) | 949 645-7579 | | R1 |
| 95 | 2822 | Monterey Ave. | Solid Landings | female | 8 | Robert Castro | 562 544-9407 | 8/11/2014 | R1 |
| 96 | 2879 | Monterey Ave. | Agape House Recovery | | 6 | | 949 350-4822 AgapeHouseOC@gmail.com | 11/12/2013 | R1 |
| 97 | 1545 | Newport Blvd. | Morningside Recovery | | 0 | | (949) 675-0006 | | |
| 98 | 2384 | Newport Blvd. | Balboa Horizons Main office | | 0 | Danyell Bellinger | 949-515-4140 | 1/22/2013 | C1 |
| 99 | 2568 | Newport Blvd. | Pat Moore Foundation | combined license with 2560 Newport Blvd.,  ? units, ST=RES-DETOX, RC=76, TO=76, TP=1.1 | 38 | Phil Allen (CEO) | 949 285-3991 | 1/23/2013 | C1 |
| 100 | 2569 | Newport Blvd. | Pat Moore Foundation | combined license with 2568 Newport Blvd., 22 units, ST=RES-DETOX, RC=76, TO=76, TP=1.1 | 38 | Phil Allen (CEO) | 949 285-3991 | 1/23/2013 | C1 |
| 101 | 2318 | Newport Blvd. | Windward Way Recovery | | 0 | Jeremy Broderick | 949 903-1053 | 4/4/2014 | C1 |
| 102 | 1901 | Newport Blvd. Unit 149 | Sober Living By The Sea, Inc. | | 0 | | (949) 673-6696 | | |
| 103 | 1901 | Newport Blvd. Unit 280 | Serenity Shores | administrative offices | 0 | | 855 474-6737 | 8/1/2014 | PDC |
| 104 | 1901 | Newport Blvd. Unit 200 | Simple Recovery | administrative offices | 0 | | 855 244-1933 | 8/6/2014 | PDC |
| 105 | 1901 | Newport Blvd. Unit 290 | Serenity Shores | administrative offices | 0 | | 855 474-6737 | 8/1/2014 | PDC |
| 106 | 13741 | Olympic Ave. | Rock Solid Recovery | male only, parole/prob, no time limit | 14 | | | 10/14/2013 | R1 |
| 107 | 1775 | Orange Ave. | Morningside Revovery | 6 units, 1- no bed, 2 - 3 beds, 3 - 2 beds, 4 - 3 beds, 5 - 1 bed, 6 - 3 beds,  male and female, 10 pm curfew, 11pm lights out | 12 | Mary-Helen Beatifacatl (CEO) | Cell:  949 214-8618 | 3/12/2013 | R2-HD |
| 108 | 1777 | Orange Ave. | Morningside Revovery | Administrative / community kitchen, no beds | 0 | Mary-Helen Beatifacatl (CEO) | Cell:  949 214-8618 | 3/12/2013 | R2-HD |
| 109 | 1965 | Orange Ave. | SureHaven? | female | 6 | | | 8/1/2014 | R1 |
| 110 | 2412 | Orange Ave. | S.U.R., Service, Unity & Recovery | discovered through complaint, male | 6 | Wendy | 949 294-3724 | 8/7/2014 | R1-LDR |
| 111 | 2417 | Orange Ave. | National Therapeutic Services, Inc. | 6 units, ST=RES, RC=21, TO=22, TP=1.1 | 22 | Devon Wayt | 949-650-4334 | 6/5/2014 | R2-MD |
| 112 | 2571 | Orange Ave. | National Therapeutic Services, Inc. | 2 units, ST=RES, RC=8, TO=10, TP=1.1 | 8 | Devon Wayt | 949-650-4334 | | R2-MD |

| # | Address | Name | Notes | Beds | Contact | Phone | Date | Zone |
|---|---------|------|-------|------|---------|-------|------|------|
| 113 | 252 Palmer St. | Jana's House | female, **no longer SL since 12/2013?** | 6 | Jana Triplett | 949 680-5882 | 12/3/2013 | R2-MD |
| 114 | 2264 Pamela Lane | Alcoholics Bookstore | | 10 | | | 8/11/2014 | R2 |
| 115 | 185 Paularino St. E. Unit C-201 | Reflections Recovery, LLC | | 0 | | | | |
| 116 | 3125 Pierce Ave. | Solid Landings | | 6 | Robert Castro | 562 544-9407 | 8/14/2014 | R1-LDR |
| 117 | 582 Pierpont Dr. | Providence Recovery | | 6 | Curt Snyder | 714 486-1528 | 10/17/2013 | R1 |
| 118 | 2040 Placentia Ave. | The Alano Club | AA meetings, no beds | 0 | | | | MG |
| 119 | 2212 Placentia Ave. | Southern California Alcohol and Drug Programs, Inc. | 4 units, 4 state licenses, Unit A - ST=RES, RC=1, TO=3, TP=1.4, Units B,C & D - ST=RES, RC=3, TO=6, TP=1.4 women with children, parole and probation | 10 | Nancy Harless | 949 646-2271 | 2/26/2014 | R2-MD |
| 120 | 2218 Placentia Ave. | Southern California Alcohol and Drug Programs, Inc. | 2 licensed units- both ST=RES. RC=3, TO=6, TP=1.4, pregnant females, parole/probation | 6 | Nancy Harless | 949 646-2271 | 2/26/2014 | R2-MD |
| 121 | 613 Plumer St. | Tree House Recovery | 2 units, possible 12 beds | 12 | | | 12/30/2014 | R2HD |
| 122 | 693 Plumer St. | South Coast Counseling, Inc. | ST=RES, RC=16, TO=16, TP=1.1 | 16 | | 949-642-0180 | | R2-HD |
| 123 | 697 Plumer St. | Solid Landings, Rock Solid Recovery | male, CUP for 15 + 6 staff, probably will become state licensed | 15 | Steve Fennelly | 203 668-7094 | 12/18/2013 | R2HD |
| 124 | 1827 Pomona Ave. | Clean Path Recovery | 3 units A - 6 beds, B - 2+1 beds, C - 5 beds | 13 | Lee Heiligman | 949 278-1915, 1cleanpath@gmail.com | 4/30/2013 | R2-HD |
| 125 | 1998 Pomona Ave. | The Pomona House | Male Only, drug/alcohol | 14 | Fred Solter | 949 548-5775 | | R2-HD |
| 126 | 2265 Pomona Ave. | Clean Path Recovery | 4 units, 20 beds, PRCS and MS clients | 20 | Lee Heiligman | 949 278-1915, 1cleanpath@gmail.com | | R2-MD |
| 127 | 2152 Raleigh Ave. | Keystone Sober Living | male | 9 | | 949 646-8222 | | R1 |
| 128 | 302 Ramona Pl. | Ramona House | male only | 6 | | | | R2-MD |
| 129 | 3115 Red Hill Ave. | Orange County Health Care Agency | | 0 | | (714)834-2860 | | |
| 130 | 2131 Republic | Sam's House | owner informed me that house is no longer a RSP. He just rents to sober people. | 4 | Sam Cam | 714 791-1607 or 714 881-6350 | 6/7/2013 | R1 |
| 131 | 171 Rochester St. | National Therapeutic Services, Inc. | 2 units (A & B), state license combines 171 & 175 Rocheseter, ST=RES, RC=20, TO=21, TP=1.1 (5 beds each unit?) | 10 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/8/2014 | R2-HD |
| 132 | 175 Rochester St. | National Therapeutic Services, Inc. | 2 units (A & B), state license combines 171 & 175 Rocheseter, ST=RES, RC=20, TO=21, TP=1.1 (5 beds each unit?) | 10 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/8/2014 | R2-HD |
| 133 | 329 Rochester St. | National Therapeutic Services, Inc. | 2 units, ST=RES, RC=6, TO=8, TP=1.1 | 6 | | 949 650-4334 | | R2-MD |
| 134 | 660 Ross | | propery changed ownership in April 2012, new owner told me this is not a SLH | 0 | | 714 681-6350 | 1/25/2013 | R1 |
| 135 | 1574 Santa Ana Ave. | Ramona House | male only | 6 | | | | R2-MD |
| 136 | 2427 Santa Ana Ave. | South Coast Behavioral | | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 137 | 2429 Santa Ana Ave. | South Coast Behavioral | | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 138 | 1670 Santa Ana Ave. Unit C | Action Consultants/Therapy | | 0 | Heidi Moore | 949-645-7484 | 1/25/2013 | C1 |
| 139 | 675 Senate St. | Serenity Shores Recovery Center | women only | 7 | Carrie | 714 313 8246 | 9/4/2013 | R1-LDR |
| 140 | 862 Senate St. | The Ohio House | male | 6 | Jason Salomon (House Mgr.) | 908 456-3246 | 6/30/2014 | R1 |
| 141 | 506 Sturgeon Dr. | Sober Living House | males, transitional living, parole/probation | 10 | | 949 966-5232 | | R1 |
| 142 | 2861 Tabago | | spoke with property owner, not a SLH, I will re-check | 0 | | | 1/28/2013 | R1 |
| 143 | 175 Tulip | Compass Rose | men only | 6 | Will | | 8/2/2013 | R2-MD |
| 144 | 192 Tulip | Balboa Horizons | 4 units, 16 beds, men | 16 | Devon | | 6/5/2014 | R2-MD |

| # | Address | | Name | Description | Beds | Contact | Phone | Date | Zone |
|---|---|---|---|---|---|---|---|---|---|
| 145 | 198 | Tulip | Balboa Horizons | 4 units, 9 beds, Unit A is admin., males | 9 | Devon | | 6/5/2014 | R2-MD |
| 146 | 2175 | Tustin Ave. | Ohio House | 2 units, 6 beds each, male | 12 | Brandon Stump | 949 554-8364 | 1/15/2014 | R2-MD |
| 147 | 2421 | Tustin Ave. | Compass Rose | 6 bedroom house, as of 8/29/13 there are 12 girls living here | 12 | Nikki | 720 560-4988 | 9/25/2013 | R1 |
| 148 | 3116 | Van Buren Ave. | Patricias House | 11 women | 11 | | 714-549-5739 | | R1 |
| 149 | 3133 | Van Buren Ave. | Freedom House - Christian SL | | 6 | Dan Simmons | 949 355-8581 | 3/7/2013 | R1 |
| 150 | 357 | Victoria St. | Windward Way | 6 units, 3 beds each, 18 beds | 18 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | 11/9/2012 | R2 |
| 151 | 395 | Victoria St. | Windward Way | 3 bedroom house | 6 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | | R2 |
| 152 | 1110 | Victoria St. | Nancy Clark and Associates, Inc. | ST=RES, RC=38, TO=41, TP=1.1 | 38 | Nancy Clarke | 949-631-0550 | | R3 |
| 153 | 132 | Virginia | Sober Living house | | 6 | | | | R2 |
| 154 | 175 | Virginia Pl. | National Therapeutic Services, Inc. | ST=RES, RC=6, TO=8, TP=1.1 | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 3/21/2013 | R2-MD |
| 155 | 2068 | Wallace Ave. | Sure Haven, LLC | ST=RES-DETOX, RC=12, TO=12, TP=1.1 | 12 | Steve Fennelly | 203 668-7094 | | R2 |
| 156 | 271 | Walnut | National Therapeutic Services, Inc. | 2 units, The Joshua House, ST-RES, RC-10, TO-11, TP-1.1 (Co-ed) | 6 | Devon Wayt | 949 214-8240 or 949 650-4334 | 5/2/2014 | R1 |
| 157 | 1356 | Watson | Drug/Alcohol Recovery | | 6 | | | | R1 |
| 158 | 1617 | White Oak | Sober Living | | 6 | | | | R1 |
| 159 | 165 | Wilson St. E | Windward Way | 2 units, 6 beds each, male | 12 | Jeremy Broderick (Owner) | Cell: 949 903-1053 | 5/28/2014 | R2-MD |
| 160 | 275 | Wilson St. E | South Coast Behavioral | | 6 | Dr. Charles McPhale | 310 422-6794 | 2/28/2014 | R1 |
| 161 | 125 | Wilson St. E. | National Therapeutic Services | 3 units, 2 per unit | 9 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/31/2014 | R2 |
| 162 | 131 | Wilson St. E. | National Therapeutic Services | 3 units, 2 per unit | 9 | Devon Wayt | 949 214-8240 or 949 650-4334 | 7/31/2014 | R2 |
| 163 | 691 | Wilson St. W | Clean Path Recovery | PRCS and MS clients | 7 | Lee Heiligman | 949 278-1915 cleanpath@gmail.com | | R1 |