**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
  khb@jones-mayer.com
Bruce A Lindsay , Esq., SBN 102794
  bal@jones-mayer.com
Monica Choi Arredondo, Esq. SBN 215847
  mca@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant CITY OF COSTA MESA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CASA CAPRI RECOVERY, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF COSTA MESA, a municipal corporation,<br><br>　　　　Defendant. | **Case No. 8:18-cv-00329 JVS (PJWx)**<br>Assigned to the Hon. James V. Selna<br><br>**JUDGMENT**<br><br><br>Hearing Date: November 18, 2019<br>Time:　　　 1:30 p.m.<br>Courtroom:　 10C |

## **JUDGMENT**

Defendant City of Costa Mesa's ("the City") Renewed Motion for Summary Judgment Or, In the Alternative, Partial Summary Judgment came on regularly for hearing on November 18, 2019 in Courtroom 10C of the above-entitled Court, the Honorable James V. Selna presiding.

After consideration of the evidence, points and authorities, and separate statements filed by the parties in support of an din opposition to the Motion, this Court finds that there is no triable issue of material fact as to any Claim alleged by Plaintiff Casa Capri, LLC ("Plaintiff") against the City and that the City is entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the City's Motion for Summary Judgment is GRANTED and that Plaintiff taken nothing, that the action be dismissed on the merits, and that the City shall recover from Plaintiff the costs of suit as to be proven according to the Federal Rules of Civil Procedure.

Dated: March 11, 2020   By: _____
Hon. James V. Selna
United States District Court