EVERETT DOREY LLP
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA CAPRI RECOVERY, INC.<br><br>PLAINTIFF(S)<br>v.<br>CITY OF COSTA MESA, a municipal corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:18-CV-00329-JVS (PJWx)<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Orange

☐ State of _____, County of _____

I, Christopher D. Lee, hereby state under penalty of perjury that,

1. Judgment for $ 124,500.46 was entered on August 21, 2020 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of City of Costa Mesa as Judgment Creditor, and against Casa Capri, LLC as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 8:18-CV-00329-JVS (PJWx) in the United States District Court for the Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 26.16 accrued interest, computed at 0.13 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Irvine, State of California, this 19 date of October, 2020.

/s/ Christopher D. Lee
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION