EVERETT DOREY LLP
Seymour B. Everett, III, SBN 223441
　severett@everettdorey.com
Samantha E. Dorey, SBN 281006
　sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
　clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA CAPRI RECOVERY, INC., a California corporation | CASE NUMBER: 8:18-CV-00329-JVS (PJWx) |
| Plaintiff(s) | |
| v. | |
| CITY OF COSTA MESA, a municipal corporation, | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:** **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On August 21, 2020 a judgment was entered in the above-entitled action in favor of:

City of Costa Mesa

as Judgment Creditor and against:

Casa Capri, LLC

as Judgment Debtor, for:

$     0.00 Principal,
$ 70,182.01 Attorney Fees,
$     0.00 Interest **, and
$ 54,318.45 Costs, making a total amount of
$ 124,500.46 **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ 26.16 accrued interest, and
$ 0.00 accrued costs, making a total of
$ **26.16** **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 124,526.62 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 124,500.46 Is due on the judgment as entered and bears interest at 0.13 percent per annum, in the amount of $ 0.44 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: October 21, 2020    By: Evelyn Synagogue
                                  Deputy Clerk

**WRIT OF EXECUTION**

CV-23 (6/01)                                             PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Isaac R. Zfaty
Garret M. Prybylo
MUCH SHELIST
660 Newport Center Dr #900,
Newport Beach, CA 92660
T: 949-767-2200
F: 949-385-5355
```

```
Steven G. Polin, Esq.
LAW OFFICES OF STEVEN G POLIN
3034 Tennyson Street NW
Washington, DC 20015
202-331-5848
202-331-5849 (fax)
```

```
Casa Capri, LLC
C/O
Isaac R. Zfaty
Garret M. Prybylo
MUCH SHELIST
660 Newport Center Dr #900,
Newport Beach, CA 92660
T: 949-767-2200
F: 949-385-5355
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.